**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6820**

---

EDWARD POWELL,

                              Petitioner - Appellant,

        versus

D. A. BRAXTON,

                              Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-98-522)

---

Submitted: December 29, 1999          Decided: January 10, 2000

---

Before WIDENER, WILKINS, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Edward Powell, Appellant Pro Se. Daniel John Munroe, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward Powell appeals the district courts order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Powell v. Braxton, No. CA-98-522 (E.D. Va. May 12, 1999). We also deny Powell's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2